■    ALLIED ROOFERS SUPPLY Co. et al., Plaintiffs, v. NANUET NATIONAL BANK et al., Defendants. NANUET NATIONAL BANK, Third-Party Plaintiff-Appellant, v. LAWRENCE WAREHOUSE COMPANY, Third-Party Defendant-Respondent.— Order of the Supreme Court, Rockland County, dated October 30, 1973, reversed, with $20 costs and disbursements, and motion to dismiss the third-party complaint on the ground, *inter alia*, that a defense thereto is founded upon documentary evidence (CPLR 3211, subd. [a]), denied. The pleadings and documentary evidence raise questions of fact as to the parties' intent which may be resolved only on a trial. Martuscello, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.